# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENNETH G. McDONALD,

    Plaintiff

v.

T. THOMAS, J. BRADLEY, B. GOIGO, J. EDMERSON, and J. GUILIN,

    Defendants

Case No.: 2:19-cv-00678-APG-VCF

**Order Transferring Case to the United States District Court for the District of Arizona**

On April 17, 2019, plaintiff Kenneth G. McDonald filed *ex parte* motions for a temporary restraining order and a preliminary injunction, claiming that the defendants have violated his First and Fourteenth Amendment rights to the free exercise of his beliefs as a practicing Wiccan. ECF Nos. 4, 5.[1] McDonald is an inmate in a facility in Arizona, all of the defendants appear to be employees of that facility, and all the alleged violations occurred in Arizona. I thus ordered McDonald to show cause as to how this court has personal jurisdiction over the defendants and is the proper venue for his suit. ECF No. 5. McDonald responded by providing several facts relating to his status as a Nevada inmate who was transferred to an Arizona facility and the terms of the contract between Nevada and CoreCivic, Inc, which apparently owns the facility where he is housed. ECF No. 6.

A plaintiff may bring an action in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there

---

[1] McDonald also filed an application for leave to proceed *in forma pauperis*. ECF No. 1.

is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3). The District of Nevada is not the appropriate venue for this action because the alleged events that are the basis of his claims occurred in Eloy, Arizona; the defendants all appear to reside in Arizona; and McDonald currently resides in Eloy, Arizona. McDonald is not a party to the contract between Nevada and CoreCivic so the venue language in that contract does not apply to him. The case therefore was filed in the wrong district.

If a case has been filed in the wrong district or division, the district court in which the case has been incorrectly filed may "transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). To facilitate McDonald's suit moving forward and to avoid him having to re-file his case, I direct the Clerk of the Court to transfer this action to the United States District Court for the District of Arizona. I offer no opinion on the merits of this action or on the application to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED that the Clerk of Court will transfer this case to the United States District Court for the District of Arizona.

DATED this 16th day of May, 2019.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE